United States District Court
Southern District of Texas
**ENTERED**
October 26, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| RAQUEL MURILLO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:23-CV-00303 |
| | § | |
| STATE FARM LLOYDS, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Now before the Court is Plaintiff Raquel Murillo's Second Amended Unopposed Motion for Nonsuit with Prejudice. (Dkt. No. 10). The Court, after considering the Motion, believes dismissal is proper pursuant to Federal Rule of Civil Procedure 41(a)(2).

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's claims against Defendant State Farm Lloyds are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that Court costs will be paid by the party incurring same.

The Clerk of Court is hereby **DIRECTED** to close this case.

SO ORDERED October 26, 2023, at McAllen, Texas.

*/s/ Randy Crane*
Randy Crane
Chief United States District Judge